


**FILED**

**United States District Court**
**Eastern District of California**

OCT 22 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
         DEPUTY CLERK

Otilio BARRAGAN FRANCO

Plaintiff(s)

Case Number: 25-cv-01398-KES-EPG

V.

Tonya ANDREWS et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hudson Kyle _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Otilio Barragan Franco

On ___11/02/2018___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Texas___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___10/21/2025___    Signature of Applicant: /s/ ___Hudson Kyle___

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hudson Kyle |
| Law Firm Name: | Immigrant Legal Defense |
| Address: | 1301 Clay Street |
| | #70010 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 221-6813 |
| City and State of Residence: | San Antonio, TX |
| Primary E-mail Address: | hudson@ild.org |
| Secondary E-mail Address: | hudsonkyle11@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Christina Lee |
| Law Firm Name: | Immigrant Legal Defense |
| Address: | 1301 Clay Street |
| | #70010 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 764-3714   Bar # CA 230883 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10-22-2025

JUDGE, U.S. DISTRICT COURT

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Hudson Robert Kyle**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2018.

I further certify that the records of this office show that, as of this date

**Hudson Robert Kyle**

is presently enrolled with the State Bar of Texas as an active member in good standing.



**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 17th day of October, 2025.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 8813C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.