

**FILED**

United States District Court
Eastern District of California

OCT 22 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ FMN
　　　　DEPUTY CLERK

| Otilio BARRGAN FRANCO |
|---|
| Plaintiff(s) |

Case Number: 25-cv-01398-KES-EPG

V.

| Tonya ANDREWS, et al. |
|---|
| Defendant(s) |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Claudia Valenzuela _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Otilio Barragan Franco

On ___05/08/2003___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Illinois___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: ___10/21/2025___    Signature of Applicant: /s/ Claudia Valenzuela

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Claudia Valenzuela

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street, #70010

City: Oakland   State: CA   Zip: 94612

Phone Number w/Area Code: (510) 519-1231

City and State of Residence: Chicago, IL

Primary E-mail Address: claudia@ild.org

Secondary E-mail Address: N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Christina Lee

Law Firm Name: Immigrant Legal Defense

Address: 1301 Clay Street, #70010

City: Oakland   State: CA   Zip: 94612

Phone Number w/Area Code: (510) 764-3714   Bar #: 230883

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 10-22-2025

_____
JUDGE, U.S. DISTRICT COURT



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/26/2025

Re: Claudia Beatrice Valenzuela Rivas
Attorney No. 6279472

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Claudia Beatrice Valenzuela Rivas was admitted to practice law in Illinois on 5/8/2003; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: *[signature]*

Andrew Oliva
Registrar